# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

RE: Larry & Paula Williams
xxx-xx-5774, xxx-xx-9907
DEBTORS

CASE NUMBER
12-83508-JAC-13

## MOTION TO MODIFY

COME NOW the Debtors and move the Court for an order Modifying the Chapter 13 plan, and state:

1. Debtors filed their composition plan on November 1, 2012, and are currently scheduled to make payments of $632.00 per month.

2. Debtors are unable to continue to pay at the plan rate. The debtors wish to surrender their interest in the Kirby Cleaning System which lien is with United Financial Services. The debtor's request that their base plan be reduced, and the plan payment be lowered to $594 per month for the remaining 50 months. The plan will liquidate on time if the payments are reduced to $594.00 per month, which amount will pay the remaining secured claims and a portion of the unsecured claims.

WHEREFORE, Debtors pray for an order decreasing the plan payments from $632.00 per month to $594.00 per month, providing for the surrender of the Kirby System.

NO HEARING WILL BE CONDUCTED ON THIS OBJECTION UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE U.S. BANKRUPTCY COURT AND A COPY SERVED ON THE PARTY FILING THIS MOTION AND THE CHAPTER 13 STANDING TRUSTEE WITHIN 21 DAYS FROM THE DATE OF SERVICE HEREOF, UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH REQUEST FOR A HEARING. IF NO RESPONSE IS TIMELY SERVED AND FILED, THE MOTION TO MODIFY SHALL BE DEEMED UNOPPOSED AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. IF A RESPONSE IS FILED AND SERVED IN A TIMELY MANNER, IT WILL BE SET FOR A HEARING BEFORE THE JUDGE ON NOVEMBER 12, 2013 AT 9:00am AT THE FEDERAL BUILDING LOCATED AT 400 WELLS STREET, DECATUR, AL 35601.

                                            /s/ John Zingarelli
                                            John Zingarelli
                                            Attorney for Debtors
                                            215 E. Moulton Street
                                            PO Box 2145
                                            Decatur, AL  35602

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2013, I served a copy of the Motion to Modify, on those as indicated below by first class mail, postage prepaid, bearing the return address of the Clerk, US Bankruptcy Court, PO Box 2748, Decatur, AL 35602:

_X_ Clerk's Certified Matrix
_X_ Creditors directly concerned in Motion or Matter:
      United Consumer Financial Services
      c/o Bass & Associates
      Carla Hunt, Claims Signatory
      3936 E. Ft. Lowell Suite 200
      Tuscon, AZ 85712

_X_ Debtor
_X_ Trustee
___ IRS
___ Estate Analyst
___ US Attorney
___ Interested Parties

                                            /s/ John Zingarelli
                                            John Zingarelli, Attorney for Debtor(s)